UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 18-cr-00030 |
| | * | |
| VERSUS | * | CHIEF JUDGE HICKS |
| | * | |
| DAVID D. deBERARDINIS | * | MAGISTRATE JUDGE HORNSBY |

**MOTION TO ENROLL CO-COUNSEL**

NOW INTO COURT, comes the UNITED STATES OF AMERICA, through the United States Attorney for the Western District of Louisiana and the undersigned First Assistant United States Attorney, who respectfully represents:

Cytheria D. Jernigan, Assistant United States Attorney, has heretofore represented the Government in the above numbered and entitled matter and hereby requests that this Honorable Court allow the following to be enrolled as co-counsel on behalf of the United States of America:

ALEXANDER C. VAN HOOK (LA Bar No. 25281)
First Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, LA  71101
Telephone: (318) 676-3600

WHEREFORE, the UNITED STATES OF AMERICA, through the undersigned, hereby respectfully requests that this Honorable Court allow Alexander C. Van Hook, First Assistant United States Attorney, to be enrolled as co-

counsel of record for the UNITED STATES OF AMERICA in the above-captioned matter.

                Respectfully submitted,

                DAVID C. JOSEPH
                United States Attorney

By:   /s/ Alexander C. Van Hook  (LA Bar #25281)
       Assistant United States Attorney
       300 Fannin Street, Suite 3201
       Shreveport, LA 71101
       Telephone: (318) 676-3600