UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 18-cr-00030 |
| | * | |
| VERSUS | * | CHIEF JUDGE HICKS |
| | * | |
| DAVID D. deBERARDINIS | * | MAGISTRATE JUDGE HORNSBY |

ORDER

Considering the foregoing Motion to Enroll Co-Counsel,

IT IS ORDERED, ADJUDGED AND DECREED that Alexander C. Van Hook (LA Bar No. 25281), First Assistant United States Attorney for the Western District of Louisiana, be and is hereby enrolled as co-counsel of record in the above-captioned matter for the United States of America.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____ day of July, 2020.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE