# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO.: 5:18-cr-00030-01 |
| | * | |
| | * | 18 U.S.C. §§ 1341, 1344, 1343, 1957 |
| | * | 18 U.S.C. §§ 1014, 2 |
| **VERSUS** | * | 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2) |
| | * | |
| | * | **CHIEF JUDGE HICKS** |
| **DAVID D. DEBERARDINIS** | * | **MAGISTRATE JUDGE HORNSBY** |

### ORDER

CONSIDERING THE FOREGOING:

IT IS HEREBY ORDERED that the United States of America's "Motion for Leave to File Its Response in Opposition to Motion to Suppress Out of Time" is hereby GRANTED.

Signed this _____ day in July, 2020, in Shreveport, Louisiana.

---

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE