**MINUTE ENTRY**
**AUGUST 3, 2021**
**CHIEF JUDGE S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 18-00030-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DAVID D. DEBERARDINIS (01) | MAGISTRATE JUDGE HORNSBY |

The interlocutory appeal in this matter has been dismissed pursuant to appellants' unopposed motion.  See Record Document 302.  Thus, this Court has jurisdiction.

A change of plea hearing is set in the above-captioned matter for **August 25, 2021** at **1:00 p.m.** The hearing will be held in person at the Tom Stagg United States Court House, Shreveport, Louisiana in Courtroom One.  However, if COVID related concerns necessitate and with the consent of the Defendant, the hearing will be converted to a zoom proceeding.

*/s/ S. Maurice Hicks/*